UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 1:16-CV-23610-KMW

JUAN CARLOS GIL,

    Plaintiff,

v.

NESPRESSO USA, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Juan Carlos Gil, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a confidential settlement agreement within forty-five (45) days, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 11th day of November, 2016.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 11th day of November, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Aaron Seth Blynn
Genovese Joblove & Battista
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
E-mail: ablynn@gib-law.com
*Counsel for Defendant*

*s/ Scott R. Dinin*