UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-23610-WILLIAMS

JUAN CARLOS GIL,

    Plaintiff,

vs.

NESPRESSO USA, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' stipulation of dismissal with prejudice. (DE 18). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 29 day of December, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE